401 A.2d 366

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Jimmie Lee COOKE, Appellant.**

Supreme Court of Pennsylvania.

Argued April 23, 1979.

Decided May 21, 1979.

Julius E. Fioravanti, Philadelphia, for appellant.

Robert B. Lawler, Chief, Appeals Div., Asst. Dist. Atty., Val P. Wilson, Philadelphia, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, MANDERINO and LARSEN, JJ.

OPINION

PER CURIAM:

Judgments of sentence affirmed.